**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:08-CV-289-RJC-DCK**

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the November 10, 2007 Cotto/Mosley Program, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| TOYE C. PERRY, Individually and as officer, director, shareholder and/or principal of TAILGATORZ LLC d/b/a TAILGATORZ a/k/a TAILGATERS a/k/a TAILGATER'S, and TAILGATORZ LLC d/b/a TAILGATORZ a/k/a TAILGATERS a/k/a TAILGATER'S, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Considering the foregoing, IT IS HEREBY ORDERED that JULIE COHEN LONSTEIN, ESQ., be and hereby is, permitted to appear *pro hac vice* for all purposes, including being heard in open court, in all aspects of the above-captioned matter. Allan P. Root, Esq., of this Court's bar shall serve as associate counsel.

Signed: June 24, 2008

David C. Keesler
United States Magistrate Judge