## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:08-cv-289-RJC

| | | |
|---|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **TOYE C. PERRY & TAILGATORZ** | ) | |
| **LLC** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court upon its own motion.

On November 4, 2008, Plaintiff filed a Response to Order to Show Cause explaining that

Plaintiff was unable to locate Defendants and effectuate service. (Doc. No. 8 at 1). Plaintiff also

filed a Notice of Dismissal. (Doc. No. 10).

**IT IS THEREFORE ORDERED THAT** Plaintiff's claims are **DISMISSED**

**WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(2).

Signed: November 11, 2008

Robert J. Conrad, Jr.
Chief United States District Judge